# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 17, 2017

Stephen J. Markman
Chief Justice

Robert P. Young, Jr.,
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153979(59)

MARLETTE AUTO WASH, LLC,
      Plaintiff/Cross-Defendant-
      Appellant,

v

VAN DYKE SC PROPERTIES, LLC,
      Defendant/Cross-Plaintiff-
      Appellee.
_____/

SC: 153979
COA: 326486
Sanilac CC: 14-035490-CH

On order of the Chief Justice, the motion of the Michigan Bankers Association and the Michigan Credit Union League to participate as amici curiae and file an amicus brief is GRANTED. The amicus brief submitted on February 13, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 17, 2017



Clerk